Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
          mparetti@swlaw.com

*Attorneys for Defendant Einstein and Noah Corp. DBA
Einstein Bros Bagels*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Einstein and Noah Corp. Dba Einstein Bros Bagels,<br><br>Defendant. | **Case No. 2:17-cv-00935-JCM-VCF**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Einstein and Noah Corp. d/b/a Einstein Bros. Bagels ("Einstein") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Einstein's deadline to respond to Plaintiff's Complaint [Doc #1] to May 18, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1.   Plaintiff served the Complaint and Summons on Einstein on April 13, 2017.

2.   Einstein's Answer is currently due May 4, 2017.

3.   Counsel for Einstein was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4.   The Parties agreed to the extension requested herein.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    5.    This stipulated extension request is sought in good faith and is not made for the

2  purpose of delay.

3      Therefore, the Parties jointly agree to extend Einstein's deadline to respond to Plaintiff's

4  Complaint to June 2, 2017.

5

6  DATED: MAY 1, 2017                        DATED: MAY 1, 2017

7      THE WILCHER FIRM                        SNELL & WILMER L.L.P.

8

9  By: */s/ Whitney C. Wilcher*              By: */s/ Michael Paretti*
       Whitney C. Wilcher                        Kelly H. Dove
10      8465 West Sahara Avenue                   Michael Paretti
       Suite 111-236                             3883 Howard Hughes Parkway
11      Las Vegas, Nevada 89117                   Suite 1100
                                                 Las Vegas, Nevada 89169
12
       *Attorneys for Plaintiff Kevin Zimmerman*   *Attorneys for Defendant Einstein and Noah*
13                                                 *Corp. DBA Einstein Bros Bagels*

14                              **ORDER**

15

16      **IT IS ORDERED** that Einstein shall respond to Plaintiff's Complaint on or before June

17  2, 2017.

18  DATED: _May 1_____, 2017.

19                              _____
                                UNITED STATES ~~DISTRICT OR~~
                                MAGISTRATE JUDGE
20

21  Respectfully submitted,

22  SNELL & WILMER L.L.P.

23  By: */s/ Michael Paretti*
    Kelly H. Dove
    Michael Paretti
24  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
25  Suite 1100
    Las Vegas, Nevada 89169
26  *Attorneys for Defendant Einstein and*
    *Noah Corp. DBA Einstein Bros Bagels*
27  4812-6491-3479

28