Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       mparetti@swlaw.com

*Attorneys for Defendant Einstein and Noah Corp. DBA Einstein Bros Bagels*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>  Plaintiff,<br><br>vs.<br><br>Einstein and Noah Corp. Dba Einstein Bros Bagels,<br><br>  Defendant. | **Case No. 2:17-cv-00935-JCM-VCF**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Einstein and Noah Corp. d/b/a Einstein Bros. Bagels ("Einstein") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Einstein's deadline to respond to Plaintiff's Complaint [Doc #1] to August 2, 2017. This is the Parties' third and final extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on Einstein on April 13, 2017.

2. The Parties previously stipulated to extend Einstein's response deadline, and Einstein's response is currently due July 3, 2017.

3. Einstein needs the requested time to evaluate Plaintiff's allegations as well as the possibility of early resolution options. Specifically, Einstein's evaluation of Plaintiff's allegations

involves site inspections of the relevant property, and Einstein needs additional time to investigate sufficiently. Furthermore, Einstein's representatives involved in case evaluation have had previously-scheduled vacations that have interfered with the current deadline to respond.

4. The Parties agreed to the extension requested herein.

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Einstein's deadline to respond to Plaintiff's Complaint to August 2, 2017.

DATED:  JUNE 26, 2017

THE WILCHER FIRM

BY: */s/ Whitney C. Wilcher*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada  89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED:  JUNE 26, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Defendant Einstein and Noah Corp.*

## ORDER

**IT IS ORDERED** that Einstein shall respond to Plaintiff's Complaint by August 2, 2017.

DATED: _____June 27_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
*Attorneys for Defendant*
4824-4227-9497