Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
        mparetti@swlaw.com

*Attorneys for Defendant Einstein and Noah Corp. DBA Einstein Bros Bagels*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Case No. 2:17-cv-00935-GMN-GWF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Einstein and Noah Corp., | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

///

///

///

///

Plaintiff, Kevin Zimmerman, and Defendant, Einstein and Noah Corp., all parties to this action, by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Dated: April 2̶6̶ 2018                         Dated: April 30, 2018

THE WILCHER FIRM                              SNELL & WILMER L.L.P.

/s/                                           /s/ Michael Paretti
Whitney C. Wilcher (NV Bar No. 7212)          Kelly H. Dove (NV Bar No. 1056)
8465 West Sahara Avenue, Suite 111-236        Michael Paretti (NV Bar No. 13926)
Las Vegas, NV 89117                           3883 Howard Hughes Parkway, Suite 1100
Attorney for Plaintiff Kevin Zimmerman        Las Vegas, Nevada 89169
                                              Attorneys for Defendant Einstein and Noah
                                              Corp.

## ORDER

### IT IS SO ORDERED.

DATED this ___4___ day of May, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

4811-1061-6419